IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              Criminal No. 2:15-cr-20007

ERIK LOTVEDT                                                                                DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 52) from United States Magistrate Judge Mark E. Ford. The Court grants Petitioner Erik Lotvedt's motion to dismiss his counsel (Doc. 54) and considers his pro se objections (Doc. 53) to the findings and recommendations. After de novo review of the sections he objects to, the Court concludes that the findings and recommendations should be, and hereby are, approved and ADOPTED IN THEIR ENTIRETY as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner Erik Lotvedt's motion (Doc. 34) under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED, and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

IT IS SO ORDERED this 16th day of October, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE