UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                              No. 2:15-cr-20007

ERIK LOTVEDT                                                                             DEFENDANT

## OPINION AND ORDER

Before the Court is Defendant Erik Lotvedt's motion for compassionate release (Doc. 63). The United States responded (Doc. 65) in opposition, raising the issue of Mr. Lotvedt's failure to exhaust his administrative remedies. Because the Court finds Mr. Lotvedt did not exhaust his administrative remedies, his motion will be DENIED WITHOUT PREJUDICE.

A criminal defendant may move for a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A) only after having fully exhausted all administrative rights. *See United States v. Blaylock*, 2020 WL 4344915, at *1 (W.D. Ark. June 1, 2020). It is the defendant's burden to show that he has done so. *See id.* Mr. Lotvedt states in his motion that he submitted his request to the warden, but the warden denied his request. (Doc. 63, p. 3). The United States points out that Mr. Lotvedt's request was not denied. Instead, his unit manager returned his request for a reduction in sentence so that Mr. Lotvedt could provide more supporting documents before resubmission. *See id.* at 14. Based on this, he did not exhaust his administrative remedies by waiting for 30 days to lapse after filing his request or exhausting his appeal rights. *See United States v. Houck*, 2 F.4th 1082, 1084 (8th Cir. 2021) (citing 18 U.S.C. § 3582(c)(1)(A)). When the United States raises the exhaustion issue and when a defendant fails to exhaust his administrative remedies, the proper course of action is to dismiss the motion without prejudice. *Id.*

1

IT IS THEREFORE ORDERED that Defendant Erik Lotvedt's motion for compassionate release (Doc. 63) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of July, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE